UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:10CR536 HEA ) |
| NATASHA LYNN SPENCE, | ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Wednesday, January 12, 2011, at 3:15 p.m. in the courtroom of the undersigned.

Dated this 15th day of December, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE